| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
MICHAEL COITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL COITO,

Defendant.

Case No. 1:18-mj-00057-SAB

**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney Gary Leuis, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Michael Coito, that the Court continue the February 8 status conference to February 11 at 2 p.m.

Mr. Coito lives in San Bernardino. He is without transportation and has no money for public transport. He is hopeful that he can borrow money and be present in Court by February 11, 2019 at 2:00 p.m. Accordingly, the parties request that his status conference be continued to Monday.

//

//

//

//

Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

Date: February 8, 2019          */s/ Gary Leuis*
                                        Gary Leuis
                                        Special Assistant United States Attorney
                                        Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: February 8, 2019          */s/ Hope Alley*
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                              MICHAEL COITO

## **O R D E R**

The Court accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the February 8 status conference set in Case No. 1:18-mj-00057-SAB is hereby continued to February 11, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **February 8, 2019**

                                            UNITED STATES MAGISTRATE JUDGE