# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 29 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America ) 
vs. ) Case No. 1:18-MJ-00057-SAB-1
Michael I. Coito )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Michael I. Coito___, have discussed with ___Anthony Perez___, Pretrial Services Officer, modifications of my release conditions as follows:

You must participate in a program of medical or psychiatric treatment, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions of release not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5-28-19         _____ 5-15-19
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  5/16/19
Signature of Assistant United States Attorney    Date
Jeffrey A. Spivak

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  5/16/2019
Signature of Defense Counsel   Erin Snider    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___5/29/19___.
[ ] The above modification of conditions of release is *not* ordered.

_____                  5/29/19
Signature of Judicial Officer                Date
cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services